UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MARTEL, et al., | ) |
|         Plaintiff(s), | ) Case No. 2:14-cv-00636-RCJ-NJK |
| vs. | ) ORDER DENYING PROPOSED |
| DALE L. CAIN, SR., | ) DISCOVERY PLAN |
|         Defendant(s). | ) (Docket No. 10) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 10. The Local Rules provide a presumptively reasonable discovery period of 180 days measured from the date the first defendant answered or otherwise appeared in the case. *See* Local Rule 26-1(d), Local Rule 26-1(e)(1). In this case, the parties request a discovery period of 284 days. *See* Docket No. 10 at 3.[1] The discovery plan seeks an extended discovery period by asserting in general terms that the parties agree that it is necessary in this case. *See id.* at 2. That is not sufficient reason to deviate from the presumptively reasonable 180-day discovery period. Accordingly, the discovery plan

---

[1] The discovery plan incorrectly states that the parties seek a discovery period of 240 days, but that assertion is based on calculating the discovery cut-off 240 days from the date the discovery plan was filed. *See* Docket No. 10 at 3 (calculating discovery cut-off at 240 days from July 14, 2014). The Local Rules make plain that the discovery period is calculated from the date the first defendant answered or otherwise appeared. *See* Local Rules 26-1(d), Local Rule 26-1(e)(1).

is hereby DENIED.  No later than July 17, 2014, the parties shall submit an amended discovery plan based on the presumptively reasonably 180-day discovery period.

IT IS SO ORDERED.

DATED: July 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge