**LAW OFFICES OF JOHN BENEDICT**
John Benedict, Esq.
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| VALERIE MARTEL, individually, MARCEL PONTBRIAND, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> DALE CAIN, SR., <br><br> Defendants. | CASE NO.: 2:14-CV-00636-RCJ-NJK <br><br> **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

John Benedict, of the Law Offices of John Benedict, does hereby agree to be substituted in the place of C. Conrad Claus, Esq., of the Claus Law Offices, as attorney for Plaintiffs Valerie Martel and Marcel Pontbriand in the above-entitled matter.

DATED this 16 day of July, 2014.

**LAW OFFICES OF JOHN BENEDICT**

By:   /S/ John Benedict
John Benedict, Esq.
Nevada Bar No. 005581
2190 East Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorney for Plaintiffs

C. Conrad Claus, Esq., of the Claus Law Offices, does hereby consent to the substitution of John Benedict, Esq., of the Law Offices of John Benedict, as attorney for Plaintiff's Valerie Martel and Marcel Pontbriand in the above-entitled matter.

DATED this ___ day of July, 2014.

**CLAUS LAW OFFICES**

By: /S/ C. Conrad Claus
C. Conrad Claus, Esq.
Nevada Bar No. 006601
1321 S. Maryland parkway
Las Vegas, Nevada 89101
Telephone: (702) 215-6669
Email: Conrad@lawiswar.com

Plaintiffs Valerie Martel and Marcel Pontbriand do hereby consent to the substitution of John Benedict, does hereby agree to be substituted in the place of C. Conrad Claus, Esq., of the Claus Law Offices, as their attorney of record in this action.

DATED this 16 day of July, 2014.

By: /s/ Valerie Martel
Valerie Martel

DATED this 16 day of July, 2014.

By: /s/ Marcel Pontbriand
Marcel Pontbriand

IT IS SO ORDERED.
DATED: August 1, 2014

_____
United States Magistrate Judge