LAW OFFICES OF JOHN BENEDICT
John Benedict, Esq.
Nevada Bar No. 005581
Brian R. Dziminski, Esq.
Nevada Bar No. 008436
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile:  (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| VALERIE MARTEL, individually, MARCEL PONTBRIAND, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>DALE CAIN, SR.,<br><br>      Defendants. | CASE NO.: 2:14-CV-00636-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiffs, Valerie Martel and Marcel Pontbriand, by and through their counsel John Benedict, Esq. of the Law Offices of John Benedict, and Defendant, Dale Cain, Sr., by and through his counsel Carl M. Joerger, Esq., of the Law Offices of Carl M. Joerger, hereby stipulate

//

//

//

to dismiss this action and all claims asserted herein with prejudice. Each party shall bear its/his/her own attorney's fees and costs.

IT IS SO STIPULATED.

| DATED this 27th day of March, 2015. | DATED this 16 day of March, 2015. |
|---|---|
| **LAW OFFICES OF JOHN BENEDICT** | **LAW OFFICES OF CARL M. JOERGER** |
| By: _____ | By: _____ |
| John Benedict, Esq. | Carl M. Joerger, Esq. |
| Nevada Bar No. 005581 | Nevada Bar No. 005379 |
| 2190 East Pebble Road, Suite 260 | 123 East Basin Road, Suite 9 |
| Las Vegas, Nevada 89123 | Pahrump, Nevada 89060 |
| Tel: (702) 333-3770 | Tel: (775) 751-2100 |
| Fax: (702) 361-3685 | Fax: (775) 751-2552 |
| Email: john.benedict.esq@gmail.com | Email: Ca2joerger@aol.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Based upon the Stipulation of the parties to this case, and FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated this 27th day of March, 2015.

_____
Honorable Robert C. Jones
United States District Court Judge

Respectfully submitted by:

**LAW OFFICES OF JOHN BENEDICT**

By: _____
John Benedict, Esq.
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorneys for Plaintiffs